James L. WOOTEN, Jr.,
Plaintiff-Appellant,

v.

Martin J. GRUENBERG, Chairman, Federal Deposit Insurance Corp., Defendant-Appellee.

No. 16-1667

United States Court of Appeals, Fourth Circuit.

Submitted: February 27, 2017

Decided: March 6, 2017

Jennie Cathryne Blaine Watson, David H. Shapiro, SWICK & SHAPIRO, P.C., Washington, D.C., for Appellant. Dana J. Boente, United States Attorney, Ayana N. Free, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON and KEENAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James L. Wooten, Jr., appeals the district court's order granting summary judgment in favor of Martin Gruenberg, Chairman of the Federal Deposit Insurance Corporation, on Wooten's race discrimination and retaliation claims brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2016). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wooten v. Gruenberg, No. 1:15-cv-00724-LO-TCB, 2016 WL 1364043 (E.D. Va. Apr. 4, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED